HONORABLE MICHAEL J. MCSHANE

WILLIAM TAMAYO, Regional Attorney
John F. Stanley, Supervisory Trial Attorney
Damien A. Lee, Senior Trial Attorney
U.S. Equal Employment Opportunity
Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Damien.Lee@eeoc.gov
Tel: (206) 220-6915

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | CIVIL ACTION NO. 6:15-cv-109-MC |
| Plaintiff, | |
| v. | ORDER RE CONSENT DECREE |
| **RUBY TUESDAY, INC.,** | |
| Defendant. | |

The Court, having considered the Consent Decree that the parties filed herewith,

HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final

[PROPOSED] ORDER re CONSENT DECREE

(6:15-CV-109-MC)   Page 1 of 3

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this **19** day of May 2015

_____
United States District Judge

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

WILLIAM TAMAYO
Regional Attorney

JOHN F. STANLEY
Supervisory Trial Attorney

DAMIEN A. LEE
Senior Trial Attorney

BY: _s/ Damien A. Lee_

Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104

Attorneys for Plaintiff

[PROPOSED] ORDER re CONSENT DECREE

(6:15-CV-109-MC)    Page 2 of 3

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882